# IN THE UNITED STATES DISTRICT COURT OF
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TYLER COLE, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-13-1178-M |
| ) | |
| SHELTER MUTUAL INSURANCE ) | |
| COMPANY, a foreign ) | |
| insurance company, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tyler Cole and Defendant Shelter Mutual Insurance Company, by and through their respective counsel, pursuant to FED. R. CIV P. 41(A), hereby stipulate to the dismissal of Plaintiff's claims against Defendant in their entirety with prejudice to their refiling.  Each party shall bear its own attorney's fees and costs.

Respectfully submitted,


 s/Tony Gould
Tony Gould, OBA # 18564
Brandon D. Kemp, OBA # 31611
Dane J. Flesch, OBA #31841
**BROWN & GOULD, PLLC**
136 N.W. 10th Street, Suite 200
Oklahoma City, Oklahoma 73103
Telephone:  (405) 235-4500
Facsimile:   (405) 235-4507
Email: tgould@browngouldlaw.com

*Attorneys for Plaintiff,*
*Tyler Cole*

s/Ryan Deligans
R. Ryan Deligans
David B. Donchin
Andrew M. Gunn
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, Oklahoma 73102
Phone: (405) 235-9584
Fax:    (405) 235-0551
Email:  rdeligans@dlb.net
ddonchin@dlb.net
agunn@dlb.net

***Attorneys for Defendant,***
***Shelter Mutual Insurance Company***
